UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DAVID HOROSCHAK et al,                                            :
:
                     Plaintiffs,                      :
:      24-CV-8177 (JMF)
      -v-                                                     :
:      <u>ORDER</u>
SIRIUS XM RADIO, INC.,                                            :
:
                     Defendant.                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiffs have moved to compel Defendant Sirius XM Radio, LLC to provide full and complete responses to certain discovery requests. *See* ECF No. 39. Upon review of the parties' submissions, the Court concludes that, with one exception, Plaintiffs failed to seek relief in a timely fashion, substantially for the reasons set forth in Defendant's response. *See* ECF No. 41, at 1-2. The one exception is the first category of discovery — namely, Interrogatory 10 and Requests for Production 8 and 10 – insofar as Defendant represented on September 1, 2025, that it was "still assessing" Plaintiffs' revised request. ECF No. 39-7, at 3. The Court agrees with Plaintiffs that the information they seek — namely, the job titles, termination dates, and ages of individuals who were terminated during a reduction in force from January 2022 to the present — is relevant within the broad meaning of that term for discovery purposes. Accordingly, Plaintiffs' request for an order to compel is GRANTED as to that information, and Defendant shall produce it within one week. Plaintiffs' letter motion is otherwise DENIED.

       The Clerk of Court is directed to terminate ECF No. 39.

       SO ORDERED.

Dated: October 1, 2025
       New York, New York
                                                    JESSE M. FURMAN
                                                  United States District Judge