UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MICHAEL HARRIS, DAVID HOROSCHAK, and
MILLS STAYLOR,

                       Plaintiffs,

                v.                            24-cv-08177(JMF)

SIRIUS XM RADIO, INC.,

                       Defendant.

---------------------------------------------------------------X

## JOINT VOLUNTARY STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is stipulated and agreed between Plaintiffs Michael Harris, David Horoschak and Mills Staylor, and Defendant Sirius XM Radio LLC (incorrectly identified in the Complaint as Sirius XM Radio, Inc.), by and through the undersigned counsel, that the above-captioned action is hereby DISMISSED WITH PREJUDICE, without costs or attorneys' fees to any party.

Respectfully submitted this 7th day of January, 2026:

/s/ Victoria Watson
Victoria Watson
Victoria.watson@leschtlaw.com

Alan Lescht & Associates, P.C.
1825 K Street NW, Suite 750
Washington, DC 20006

/s/ Robert N. Holtzman
Robert N. Holtzman
robert.holtzman@hsfkramer.com
Eliza A. Kaiser
eliza.kaiser@hsfkramer.com
Jordan S. Fisher
jordan.fisher@hsfkramer.com

Herbert Smith Freehills
Kramer (US) LLP

1177 Avenue of the Americas
New York, NY 10036
Phone: 212-715-9513
Fax: 212-715-8035

SO ORDERED.
/s/ Jesse M. Furman
January 9, 2026